**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-1800**

———————————

JAMES J. O'CONNELL,

                                    Plaintiff - Appellant,

        versus

MONTGOMERY COUNTY, MARYLAND; CLARENCE EDWARDS,
Chief of Police,

                                    Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, District Judge.  (CA-
93-733-PJM)

———————————

Argued:  July 16, 1997          Decided:  November 24, 1997

———————————

Before MURNAGHAN, Circuit Judge, BUTZNER, Senior Circuit Judge, and
FOX, Chief United States District Judge for the Eastern District of
North Carolina, sitting by designation.

———————————

Affirmed by unpublished per curiam opinion.

———————————

**ARGUED:** Lori Elizabeth Kline, JACOBS, JACOBS & FARBER, Rockville,
Maryland, for Appellant.  Bruce P. Sherman, Senior Assistant County
Attorney, OFFICE OF THE COUNTY ATTORNEY, Rockville, Maryland, for
Appellees.  **ON BRIEF:** Mindy G. Farber, Jack D. Isaacs, JACOBS,
JACOBS & FARBER, Rockville, Maryland, for Appellant.  Charles W.
Thompson, Jr., County Attorney, OFFICE OF THE COUNTY ATTORNEY,
Rockville, Maryland, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant James J. O'Connell appeals the district court's order granting summary judgment in favor of the Appellees in this action brought pursuant to 42 U.S.C. § 1983, and Article 27, § 733 of the Maryland Code, "The Law Enforcement Officer's Bill of Rights." O'Connell claimed his civil rights were violated by his transfers within the Montgomery County, Maryland, Police Department, allegedly in retaliation for his invocation of his First Amendment rights. His Complaint sought reinstatement, injunctive relief and compensatory, as well as punitive damages.

We have reviewed the record and the district court's opinion, and find no reversible error. Accordingly, we affirm on the reasoning of the district court. O'Connell v. Montgomery County, Maryland, No. CA-PJM-93-733 (D. Md. April 30, 1996).

AFFIRMED

3